No. 79–802. JANELLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 79–901. OHIO v. KORN. Ct. App. Ohio, Butler County. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 79–959. IOWA ELECTRIC LIGHT & POWER Co. v. ATLAS CORP. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari in order to address the conflict among state and federal courts noted in MR. JUSTICE WHITE's dissent from denial of certiorari in Lakeside Bridge & Steel Co. v. Mountain State Construction Co., No. 79–376, ante, p. 907. MR. JUSTICE BLACKMUN would grant certiorari and set case for oral argument.

No. 79–1005. ALTON BOX BOARD Co. ET AL. v. THREE J. FARMS, INC., ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 79–1057. GILBERT v. UNION CARBIDE CORP. C. A. 7th Cir. Motion of Louis Robertson for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 79–1064. HANKINSON v. RUHLMAN. C. A. 3d Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari.